### DEBORAH McDWIRE v. JOHN McDWIRE.

Divorce—condonation or forgiveness.

The condonation or forgiveness of an injury by husband or wife prevents that injury from being afterwards urged as a cause of divorce.

DIVORCE. Cause, extreme cruelty.

The parties have been married eleven years, and have four children. They have separated several times. He drinks to excess, and treats her cruelly. Once when she was sick he left her without assistance and stayed away all night. He drank up all they had and left her again without any provision and stayed a week.

[Hosmer *v.* Williams.]

They had a rupture, and she went to a neighbor's; he followed with the child, laid it down, clenched her, struck at her, but was caught. She then went to her father's and they lived together again. At a neighbor's he once knocked her off a chair, she run and he followed and beat her until she was taken up and laid away nearly dead. He then swore she was not dead, but he would cut her throat; he drew a knife across her throat and *scarred* it, and a woman that was by snatched it. They afterwards lived together again.

By THE COURT. It has been uniformly decided, that where the parties have themselves forgiven the injury and been reconciled, it makes no ground for divorce. There is no cruelty proven since the reconciliation. Bill dismissed.